UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEANA BROWN, individually and on behalf of M.B., her minor child, <br><br> Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE LLC, <br><br> Defendant. | Civil Action No. 15-13822-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On January 25, 2019, this Court ordered plaintiffs to provide an updated address, telephone number, and e-mail address by February 15, 2019. Because plaintiffs failed to do so, this action is hereby DISMISSED without prejudice.

**So Ordered.**

Dated: February 26, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge